UNITED STATES of America, Plaintiff—Appellee,

v.

Terry Lemont SMITH, Defendant—Appellant.

No. 09–7223.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 19, 2009.

Decided: Dec. 2, 2009.

Terry Lemont Smith, Appellant Pro Se. Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Lemont Smith appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we deny Smith's motion for appointment of counsel and affirm for the reasons stated by the district court. *United States v. Smith,* No. 1:04–cr–00339–JAB–1 (M.D.N.C. June 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*